# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142331

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DANIEL LEROY YANNA,
       Defendant-Appellant.

SC: 142331
COA: 299761
Tuscola CC: 09-011116-FH

_____/

     On order of the Court, the application for leave to appeal the December 1, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418